UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                          )<br>)<br>)<br>YANELIS LIZBETH LARA,           )<br>            Defendant                     ) | 1:23-MC-91134-ADB<br>1:23-MJ-8004-PGL |

### DISMISSAL OF CRIMINAL COMPLAINT AGAINST YANELIS LIZBETH LARA

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts through undersigned counsel hereby dismisses with prejudice the criminal complaint against YANELIS LIZBETH LARA in the above-captioned cases, charging her with violations of 18 U.S.C. §844(e) (threats of fire or explosion) and 18 U.S.C. §875(c) (interstate threats) on or about December 4, 2022, through on or about December 8, 2022. In support of this dismissal, the government states that YANELIS LIZBETH LARA has participated in a pretrial diversion program for a period of 18 months and the United States Probation Office reports that during this period she complied with all the terms of the Statement of Acceptance which she executed on July 26, 2023. As a result, this dismissal is in the interests of justice.

Respectfully submitted,

February 28, 2025
Date

WILLIAM ABELY
Assistant U.S. Attorney
Chief, Criminal Division

s/ John T. McNeil
JOHN T. McNEIL
Assistant U.S. Attorney

Leave to File Granted:

_____
Hon. Allison D. Burroughs
United States District Judge
District of Massachusetts