

# Memorandum

To:     John McNeil, Assistant U.S. Attorney

CC:     Sandra Gant, Federal Public Defender
        Honorable Paul G. Levenson, U.S. Magistrate Judge

From:   Michael Forman, Sr. U.S. Probation Officer

RE:     **Yanelis Lara,  Pretrial Diversion Report**
        Docket No.: 0101 1:23-08004M-001

Date:   02/28/2025

This memorandum is to provide an update regarding Ms. Lara's participation in the Pretrial Diversion Program.  Ms. Lara was charged with Threat of Fire or Explosion, in violation of Title 18 U.S.C. § 844(e) and Interstate Threats, in violation of Title 18 U.S.C. § 875(c).   In lieu of continued prosecution by the U.S. Attorney's Office, Ms. Lara was placed on Pretrial Diversion for a period of eighteen (18) months. The Special Conditions of Diversion Supervision are listed below.  She also participated in mental health treatment, urine surveillance, medication management, was ordered to avoid all contact with victims, witnesses, and associates of AdviniaCare, and she was ordered not to approach any AdviniaCare locations.

1. Participate in a restorative justice program.

2. No employment with vulnerable populations, such as the elderly, infirm, or children.

3. No access to, or use of, social media sites, and, with respect to using electronic devices to communicate with others, the candidate may only use them for incoming and outgoing calls, for one-on-one text messages using her true name, and one-on-one emails using her true name.  Other uses of electronic devices, which do not involve either communication with others or connection to social media sites, are permitted, so long as they are otherwise lawful.

4. Relative to restitution, the candidate shall make an initial lump sum payment of $5,000 within the first 30 days of her pretrial diversion.  In addition, the candidate shall pay a monthly amount based on her ability to pay, in a total amount not to exceed $27,000.  In order to calculate an ability to pay, the candidate shall provide to the United States Attorney's Office an updated financial statement reflecting her current income, expenses, assets, and liabilities on a quarterly

1

    basis. If there are no changes in the candidate's financial circumstances prior to the commencement of pretrial diversion, she shall pay $00 per month during the first quarter.

5. Complete six hours of community service per month if employed. If not employed, she shall complete eight hours of community service per week. No community service can be conducted with vulnerable populations, such as the elderly, infirm, or children.

From 07/26/2023 to 09/11/2023, Ms. Lara was unemployed. On 09/11/2023, she began employment at the European Wax Center located in Beverly, MA. On or about 11/01/2024, she began employment at the Fairfield Inn where she continues to be employed. Ms. Lara has maintained employment since 09/11/2023.

In September 2023, Ms. Lara began serving community service hours at My Brother's Table located in Lynn, MA. She completed a total of 160 community service hours and she successfully completed the total amount required pursuant to Special Condition #5. Dianne Kuzia Hills, Executive Director at My Brother's Table advised that Ms. Lara has done a great job helping prep and serve meals to their guests. They are pleased with her performance and are happy she chose to do her service with them.

In May 2024, Ms. Lara successfully completed the U.S. Probation Office's Restorative Justice Program.

With respect to restitution, Ms. Lara made an initial lump sum payment in the amount of $5,000 on 09/06/2023. Thereafter, she submitted monthly restitution payments pursuant to Special Condition #4. As of 02/27/2025, she has submitted total restitution in the amount of $11,800.

A check with the Massachusetts Criminal History Systems Program revealed no new arrests or pending criminal action.

In Summary, Ms. Lara has not had any issues of non-compliance with the Order Setting Conditions of Release or the conditions of Pretrial Diversion since 07/26/2023. She remained successfully engaged in mental health treatment, gainfully employed, and crime free. If you have any questions or require additional information, I am available directly at (508) 726-3539 or via email at Michael_Forman@map.uscourts.gov.

| Reviewed/Approved by: | Respectfully submitted, |
|---|---|
| /s/ Thomas C. Mullen, III | /s/ Michael D. Forman |
| Thomas C. Mullen, III | Michael D. Forman |
| Supervisory U.S. Probation Officer | Sr. U.S. Probation Officer |
| (978) 687-3976 | (508) 726-3539 |